IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**PATRICE APPLEWHITE, individually,**
**on behalf of the Estate of K.D.A., deceased,**
**And on behalf of the wrongful death beneficiaries**
**Of K.D.A.**                                                                                    **PLAINTIFF**

V.                                        2:22CV00014 JM

**LIGHTHOUSE ACADEMIES OF ARKANSAS, et al,**                **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has been notified by the parties that this case has settled. The case is dismissed with prejudice. The Court retains complete jurisdiction for 30 days to resolve issues related to the settlement. The Clerk is directed to close the case.

IT IS SO ORDERED this 18th day of January, 2024.

_____
James M. Moody Jr.
United States District Judge